UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JENNIFER CULLEN, as the Personal
Representative of the Estate of Jacob P. Pothier,
JASON POTHIER, AND                              Case No: 1:25-cv-10815
STACEY POTHIER,
    Plaintiffs

vs.

GREATER NEW BEDFORD REGIONAL VOCATIONAL
TECHNICAL SCHOOL DISTRICT; GREATER NEW
BEDFORD REGIONAL VOCATIONAL TECHNICAL HIGH
SCHOOL;
MICHAEL WATSON, individually and as the Superintendent of
Greater New Bedford Regional Vocational Technical School
District and/or Greater New Bedford Regional Vocational
Technical High School;
NANCY MARKEY, individually and as the Human Resources
Director of Greater New Bedford Regional Vocational Technical
School District and/or Greater New Bedford Regional Vocational
Technical High School;
WARLEY WILLIAMS, individually and as the Principal of
Greater New Bedford Regional Vocational Technical High School
and/or an employee of Greater New Bedford Regional Vocational
Technical School District;
YOLANDA DENNIS, individually and as the Executive Director
of Equity, Diversity, Inclusion, and Family Engagement of Greater
New Bedford Regional Vocational Technical School District
and/or Greater New Bedford Regional Vocational Technical High
School, AND
KATHLEEN MARTINS, individually and as
an employee/former employee of Greater New Bedford
Regional Vocational Technical School District and/or
Greater New Bedford Regional Vocational Technical
High School,
    Defendants.

## DEFENDANTS' PARTIAL MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Greater New Bedford Regional Vocational Technical School District, Greater New Bedford Regional Vocational Technical High School ("School Defendants"), Michael Watson, Nancy Markey, Warley Williams, and Yolanda Dennis ("Administrator Defendants," and when joined with the School Defendants, referred to as "Defendants"), hereby move to dismiss in part the Complaint ("Complaint") filed by Plaintiffs Jennifer Cullen, as the Personal Representative of the Estate of Jacob P. Pothier, Jason Pothier, and Stacey Pothier ("Plaintiffs").

As set forth more fully in the accompanying memorandum of law, Counts III, V-VII, IX, XIII-XIV, and XVII-XIX should be dismissed in their entirety for failure to state a claim. Defendants further submit that Counts VIII, X-XI, and XIII should be dismissed as barred by the Massachusetts Tort Claims Act, with Count XII surviving only on the theory of alleged negligent retention. Alternatively, Counts X-XIII should be narrowed in scope to proceed solely on the basis of negligent retention. Defendants further submit that Counts XV-XIX are superfluous and thus should be dismissed to the extent they seek to recover against the Administrator Defendants in their official capacity. Alternatively, Counts XV-XIX should be styled as against the School Defendants.

WHEREFORE, Defendants respectfully submit that the Motion should be granted as Plaintiffs' Complaint against Defendants should be dismissed in part.

Respectfully submitted,

DEFENDANTS GREATER NEW BEDFORD REGIONAL VOCATIONAL TECHNICAL SCHOOL DISTRICT, GREATER NEW BEDFORD REGIONAL VOCATIONAL TECHNICAL HIGH SCHOOL, MICHAEL WATSON, NANCY MARKEY, WARLEY WILLIAMS, and YOLANDA DENNIS.

By their attorneys,

*/s/ Gregory A. Manousos*
Gregory A. Manousos, BBO # 631455
Robert Papandrea, BBO # 711504
Morgan, Brown & Joy, LLP
28 State Street, 16th Floor
Boston, MA 02109-2605
Phone: (617) 523-6666
Fax: (617) 367-3125
gmanousos@morganbrown.com
rpapandrea@morganbrown.com

Dated: May 6, 2025

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I certify that I conferred with Plaintiffs' counsel on April 29, 2025, in a good faith to attempt to resolve or narrow the issues raised by Defendants' Partial Motion to Dismiss.

*/s/ Gregory A. Manousos*
Gregory A. Manousos

## CERTIFICATE OF SERVICE

I, Robert Papandrea, Esq., do hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated:  May 6, 2025                    */s/ Robert Papandrea*
                                       Robert Papandrea