DISTRICT
MASSACHUSETTS

(Court Level and Jurisdiction)

| | |
|---|---|
| Jennifer Cullen | 1:25-CV-10815-PBS |
| | (Case I.D. Number) |
| Plaintiff | |
| -vs- | |
| Kathleen Martins | |
| Defendant | |

**AFFIDAVIT**

I, Kathleen Martins, of Dartmouth, in Bristol County, Massachusetts, MAKE OATH AND SAY THAT:

1. I, Kathleen Martins suffered a severe traumatic brain injury during the accident and was in a coma and hospitalized for nearly 5 months. I had a diffuse axonal injury, a multicompartmental intracranial hemorrhage in bilateral centrum semiovale and lateral sulcus separation- frontal lobe and temporal lobe. I suffered frontal lobe damage, have retrograde episodic memory loss and retrograde amnesia. Due to the memory loss and post traumatic amnesia, I am unable to recall events from the automobile accident or many events from my lifetime.

*Kathleen Martins*
4/24/25