UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

JENNIFER CULLEN, as the Personal
Representative of the Estate of Jacob P. Pothier,
et al.,
    Plaintiffs

vs.

GREATER NEW BEDFORD REGIONAL
VOCATIONAL TECHNICAL SCHOOL DISTRICT;
et al.,
    Defendants.

Case No: 1:25-cv-10815

## JOINT PROPOSED SCHEDULING ORDER

Now come the Plaintiffs, Jennifer Cullen, as the Personal Representative of the Estate of Jacbo P. Pothier, Jason Pothier, and Stacey Pother and Defendants Greater New Bedford Regional Vocational Technical School District, Greater New Bedford Regional Vocational Technical High School, Michael Watson, Nancy Markey, Warley Williams, and Yolanda Dennis and in response to this Court's June 3, 2025 Notice [Doc 26], submit the following joint proposed scheduling order, and recommendation that this Court hold the Rule 16 conference, via video, as scheduled on July 9, 2025.  On June 23, 2025, Plaintiffs' legal counsel mailed a copy of their draft, proposed scheduling order to Defendant Kathleen Martins and asked Ms. Martins to contact them regarding the draft deadlines and her position on said deadlines.  To date, Plaintiffs' counsel has not heard from Ms. Martins.

### Timetable for Discovery and Motion Practice

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1. **Initial Disclosures.**  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this Court's Notice of Scheduling Conference must be completed by <u>July 30, 2025</u>.

2. **Amendments to Pleadings.**  Plaintiffs do not anticipate any future amendments to pleadings but reserve their rights under Federal Rule of Civil Procedure 15. Defendants reserve their rights to respond to any motion to amend a pleading and/or any filed amended pleadings.

3. **Fact Discovery – Interim Deadlines.**
   a. All written discovery (requests for production of documents, interrogatories, and request for admissions) shall be served no later than <u>July 31, 2026</u>.

   b. All depositions, other then expert depositions, must be completed <u>September 30, 2026.</u>

4. **Fact Discovery – Final Deadline.**  All discovery, other than expert discovery, must be completed by <u>September 30, 2026</u>.

5. **Status Conference.**  A status conference will be held on _____.

6. **Expert Discovery.**

   a. Plaintiffs' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by <u>October 30, 2026</u>.

   b. Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by <u>November 30, 2026</u>.

   c. Rebuttal reports from either party must be served no later than <u>December 31, 2026</u>.

   d. All trial experts must be deposed by <u>February 1, 2027</u>.

7. **Dispositive Motions.**

   a. Dispositive Motions, such as summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by <u>March 1, 2027</u>.

   b. Oppositions to dispositive motions must be filed within 30 days of service of the motion.

   c. Reply memorandum, not to exceed 10 pages, must be filed within 14 days after the service of the opposition papers.

   d. Sur-Reply memoranda, not to exceed 10 pages, must be filed within 14 days after the service of a reply.

8. **Initial and Pretrial Conferences.** The initial pretrial conference will be held on _____ at _____ a.m./p.m. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the conference.

## Alternative Dispute Resolution and Trial by Magistrate Judge

1. **Alternative Dispute Resolution and Local Rule 16.1(d)(3) certifications.** Counsel for each of the undersigned parties certify that they have discussed the use of alternative dispute resolution mechanisms to resolve the above captioned case. Counsel for each party also certify that they have conferred with a view to establishing a budget for the full course and various alternative courses of the litigation.

2. **Trial by Magistrate Judge.** At this time, the parties do not consent to trial by Magistrate Judge.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| PLAINTIFFS,<br>JENNIFER CULLEN, as the Personal Representative of the Estate of Jacob P. Pothier, JASON POTHIER, and STACEY POTHIER, | DEFENDANTS,<br>GREATER NEW BEDFORD REGIONAL VOCATIONAL TECHNICAL SCHOOL DISTRICT, GREATER NEW BEDFORD REGIONAL VOCATIONAL TECHNICAL HIGH SCHOOL, MICHAEL WATSON, NANCY MARKEY, WARLEY WILLIAMS, and YOLANDA DENNIS, |
| By their Attorneys, | By their attorneys, |
| */s/ Catherine B. Kramer*<br>Scott W. Lang, Esq., BBO #285720<br>Catherine B. Kramer, Esq., BBO #684876<br>Anastasia Kondrosov, Esq., BBO #713296<br>Lang, Xifaras & Bullard<br>115 Orchard Street<br>New Bedford, MA  02740<br>(508) 992-1270<br>swlang@lxblaw.com<br>cbkramer@lxblaw.com<br>akondrosov@lxblaw.com | */s/ Gregory A. Manousos*<br>Gregory A. Manousos, Esq., BBO # 631455<br>Robert Papandrea, Esq., BBO # 711504<br>Morgan, Brown & Joy, LLP<br>28 State Street, 16th Floor<br>Boston, MA 02109-2605<br>Phone: (617) 523-6666<br>Fax: (617) 367-3125<br>gmanousos@morganbrown.com<br>rpapandrea@morganbrown.com |

Date: July 2, 2025

3