UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

JENNIFER CULLEN, as the Personal
Representative of the Estate of Jacob P. Pothier,
et al.,
    Plaintiffs

vs.

GREATER NEW BEDFORD REGIONAL
VOCATIONAL TECHNICAL SCHOOL DISTRICT;
et al.,
    Defendants.

Case No: 1:25-cv-10815

### PLAINTIFFS' MOTION FOR COURT ORDERS REGARDING THE PRODUCTION OF RECORDS FROM MASSACHUSETTS DEPARTMENT OF CHILDREN AND FAMILIES

Now come Plaintiffs, Jennifer Cullen, Jason Pothier, and Stacey Pothier, and hereby respectfully request that this Court enter an Order, allowing Plaintiffs' counsel to obtain documents and/or records from the Massachusetts Department of Children and Families. This motion is not opposed by Defendants Greater New Bedford Regional Vocational Technical School District, Greater New Bedford Regional Vocational Technical High School, Michael Watson, Nancy Markey, Warley Williams, or Yolanda Dennis. As grounds therefore, Plaintiffs state the following:

1. Plaintiffs have filed suit stemming from an alleged inappropriate relationship between a student, Jacob Pothier and an employee, Kathleen Martins. Plaintiffs have also alleged that Defendants did not act in conformity with mandates in M.G.L. c. 119, § 51A, and that Martins had other inappropriate relationships with students. See [Doc 1] at ¶¶ 68, 80, 81, 87, 102, 112-148, 159-212, 219-239, and 248-254.

2. Defendants have denied alleged facts, asserted facts, and raised defenses that at all times they acted in conformity with the law, including with M.G.L. c. 119, § 51A. <u>See</u> [Doc 38] at ¶¶ 68, 75, 80, 81, 87, 102, 112-148, 159-212, 219-239, 248-254, Sixth Affirmative Defense, Seventh Affirmative Defense, Ninth Affirmative Defense, Tenth Affirmative Defense, Eleventh Affirmative Defense, Thirteenth Affirmative Defense, and Seventeenth Affirmative Defense.

3. Chapter 119, Section 51A is entitled and pertains to "Reporting of suspected abuse or neglect; mandated reporters; collection of physical evidence; penalties; content of reports; liability; privileged communication".

4. On August 12, 2025, Plaintiffs sent Defendants a copy of a Document Subpoena it intended to have served upon the Massachusetts Department of Children and Families.

5. Defendants did not raise any objections to the subpoena.

6. On August 22, 2025, the Document Subpoena was served by the Bristol County Sheriff's Office upon the Massachusetts Department of Children and Families at their New Bedford, Massachusetts location. A copy of the returned subpoena is attached herein as Exhibit A.

7. On August 25, 2025, a representative from the Massachusetts Department of Children and Families contacted Plaintiffs' attorneys and informed them that the Department requires the issuance of a Court Order prior to releasing any documents associated with non-party document subpoenas.

8. In the instant case, both parties have placed matters at issue which pertain to Section 51A reports and/or information which is within the possession of the non-party Massachusetts Department of Children and Families. Fed. R. Civ. P. 26(b)(1).

9. No party will suffer any prejudice as a result of the allowance of this motion, as no party has objected to Plaintiffs' Document Subpoena and once received Plaintiffs will produce all records received from the Massachusetts Department of Children and Families to all parties in this case.

10. A copy of a proposed Order is enclosed herein as Exhibit B.

WHEREFORE, Plaintiffs, Jennifer Cullen, Jason Pothier, and Stacey Pothier, respectfully request that this Court issue orders for the release of documents subpoenaed from the Massachusetts Department of Children and Families.

                PLAINTIFFS,
                JENNIFER CULLEN, as the Personal Representative of the Estate of Jacob P. Pothier, JASON POTHIER, and STACEY POTHIER,

By their Attorneys,

*/s/ Catherine B. Kramer*
Scott W. Lang, Esq., BBO #285720
Catherine B. Kramer, Esq., BBO #684876
Anastasia Kondrosov, Esq., BBO #713296
Lang, Xifaras & Bullard
115 Orchard Street
New Bedford, MA  02740
(508) 992-1270
swlang@lxblaw.com
cbkramer@lxblaw.com
akondrosov@lxblaw.com

Dated: September 3, 2025

## CERTIFICATE OF SERVICE

I, Catherine B. Kramer, hereby certify that on September 3, 2025, the foregoing document was filed through the ECF system, and will be sent electronically to all registered participants as identified on the Notice of Electric Filing, and paper copies will be sent to those indicated as non-registered participants.

                */s/ Catherine B. Kramer*