**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

JENNIFER CULLEN, as the Personal
Representative of the Estate of Jacob P. Pothier,
et al.,
      Plaintiffs

Case No: 1:25-cv-10815

vs.

GREATER NEW BEDFORD REGIONAL
VOCATIONAL TECHNICAL SCHOOL DISTRICT;
et al.,
      Defendants.

## ORDER

Under the authority of Federal Rules of Civil Procedure 45, it is hereby ORDERED that the person or persons in charge of records for **Massachusetts Department of Children and Families,** permits Plaintiffs, Jennifer Cullen, Jason Pothier, and Stacey Pothier, to inspect and obtain the records in its possession as requested in the "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action", dated August 12, 2025 and served upon the Massachusetts Department of Children and Families on August 25, 2025, and to furnish said documents/records to Plaintiffs' attorney, **Scott W. Lang, Esq. (swlang@lxblaw.com), of Lang, Xifaras & Bullard, 115 Orchard St, New Bedford, MA 02740, 508-992-1270, 508-993-8696 (fax)**, within 30 days of the date of this Order.

Further, it is ordered that the parties are hereby prohibited from disclosing the documents and/or information within the documents for any purpose other than this litigation, and that the documents provided to this Order be destroyed upon completion of the above-referenced action or any subsequent appeal(s).

Last, it is ordered that all documents received by the Plaintiffs from the Massachusetts Department of Children and Families are to be produced to all parties in this matter.

This order shall remain in full force and effect through dismissal or resolution of the above-captioned matter.

By the Court,

_____
Saris, J.
United States District Court Judge

Date: