# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JENNIFER CULLEN, as the Personal
Representative of the Estate of Jacob P. Pothier,
et al.,
    Plaintiffs

vs.

GREATER NEW BEDFORD REGIONAL
VOCATIONAL TECHNICAL SCHOOL DISTRICT;
et al.,
    Defendants.

Case No: 1:25-cv-10815

## AFFIDAVIT OF WARLEY WILLIAMS

I, Warley Williams, hereby depose and state the following:

1. I am over the age of eighteen (18) and understand the meaning and obligation of an oath.

2. I have personal knowledge of, and am competent to testify to, the matters stated herein.

3. I am employed by Greater New Bedford Regional Vocational Technical High School (the "School") as its Principal.

4. On or about October 23, 2025, Human Resources Director Nancy Markey informed me of a conversation she had with Teaching Assistant Stephen Lopes where he claimed to possess an alleged "sex tape" involving Kathleen Martins and Jacob Pothier, and stated that he did not inform the School of or provide the School the video because it was his "leverage" or "ace in the hole."

5. I interviewed Mr. Lopes on October 29, 2025, in my office. Human Resources Assistant Pamela Smith served as a witness to the conversation. Mr. Lopes had a Union representative present for this meeting. Ms. Smith's notes from the meeting are attached as **Exhibit 1**.

6. During the interview, Mr. Lopes claimed that he at no point possessed, and never saw, the alleged sex tape, although he described its alleged contents in detail.

7. Mr. Lopes claimed that prior to Martins being placed on administrative leave, he heard rumors that Martins and Pothier were in an alleged relationship, that Pothier was bragging to other students about the alleged relationship, and that there was a video depicting Martins and Pothier.

8. Mr. Lopes stated that despite hearing rumors of a sexual video involving Martins and a minor student, he did not tell anyone.

9. I asked Mr. Lopes if he believed he should have reported what he heard about the video, and he told me that he would not report "a rumor."

10. During the interview, Mr. Lopes repeated his claim that the video was his "leverage" and an "ace in the hole."

11. Due to Mr. Lopes' statements that he did not report information suggesting that a student and employee were in a relationship, and that if confronted with similar situations in the future he would not act differently, I placed Mr. Lopes on paid administrative leave pending further investigation and potential disciplinary action.

Signed under the pains and penalties of perjury this 10 day of December, 2025

_____
Warley Williams

# Exhibit 1

Wednesday, October 29, 2025
Time:  9:13 a.m – 9:58 a.m.

Interviewer:  Warley Williams, Principal
Notetaker:  Pamela Smith, Human Resources Asst

Stephen Lopes, Teaching Assistant
Kellie Martin, Union Rep.


Kellie Martin and Stephen Lopes met before the interview meeting 9:05 – 9:12.

Warley Williams stated there is a claim which you made to Nancy Markey that you were in possession of a video regarding Jacob Pother, student enrolled at that time.  You are obliged as an employee to be truthful.
May we record this meeting?  Stephen stated he does not feel comfortable with that, no.

1. **Did you ever see Katie interacting with any students?**  No
   In person or on video?  No, heard rumors

2. **Did you ever see Katie engaging in any behavior that you believed crossed professional boundaries?  If so, when?**
   Firsthand, no.  Heard rumors from students.

3. **Did you ever see Katie interact with Jacob?  If so, when, and what did you see?**
   Interacting – No.
   Ever see them together?  No

4. **When did you first become aware of any rumors or information to suggest that Katie and Jacob were in any kind of relationship?**
   To best of my knowledge – 6 months prior to accident; also stated 6 months prior to her leave.
   Warley:  Not when Katie was in school?  When he was alive, I heard rumors they were in a relationship; rumors from people suggesting before we were aware of the final outcome.

5. **What did you hear/see about the relationship and who did he hear this from?**
   From different students who were friends of the victim, Jacob.  Talking in general when I was covering related – welding class.  The students were congregating out in the hallway before class; welding, plumbing, etc.
   Stating guys getting preferential treatment – regarding guys vs girls.  Giving favors.

   Warley asked:  Katie giving favors to male students?  They knew male students wouldn't get in trouble; she would take care of it.

Stephen:  I want to take time to answer the questions to be accurate…..
Students were aware of what was going on between them.  His younger sister who was a student here was aware; kids were teasing her.  They were getting together after school

**Wareley: When was this?**
  Before Katie left.  Girls said he wouldn't get in trouble, Katie would make it disappear.
Rumors of kids saying Katie and Jacob are having a relationship.
Jacob bragging to other students.  Other students didn't believe him, no one knew if it was true.

6. **Who did you inform of this talk?**
   No one told me anything particular, general statement.  I overheard group of kids speaking.  Not my business to know.

   **Warley:  If someone made a claim to you one on one, would you report it since you are a mandated reporter?**
   Kids at that age, they act like they know what is going on, they exaggerate.  The group of students were animated.  They stated you don't have to believe us if you don't want to.

Maybe give a timeline.
  Heard rumors September – October.
  Incident in December – Car crash
  We came back after Christmas vacation, after crash.  Kids saying see you didn't believe us…..
  I didn't want to get caught up in rumors.  The students wanted to prove they were right to me.

7. **Did you ever become aware of there being an alleged sex video involving Katie and Jacob?  If so, when?  If so, how?**
   Original conversation when Katie was here – through students.  Kids say a lot of things, rumors.  I am not an investigator.  If I reported every rumor I heard, I would be reporting everything.  But now, I am like, damn, they were right.
   Students, rumors, were telling Jacob that he would have to prove he was having a relationship.
   Heard it only from students.

8. **Did you ever see the video.**
   Students said they could produce the video if needed.
   Warley:  Which student said that.
   Stephen:  Just kids gossiping

Everyone was talking about the rumors, even faculty at lunch, teacher's room.  Keith Francis came up to me at lunch and said Hey, heard about Jacob Pother.  He wanted me to share information with him because he was nervous and going through something at school himself.  After the crash, students said "I told you so".

Steve said it has nothing to do with him, and he is aware of the students rumors.  Hey, student and faculty were talking openly about it.
**Did Keith Francis tell anyone or report it?**  Steve – unknown if he did.
First he heard of it was through Nancy regarding he may be subpoena by lawyer.  I told her I am not talking to our lawyers; what are you talking about.
**Did you inform Nancy that you had a video?**
I think Keith said if you subpoena Lopes it would strengthen his case.  He said that Keith wanted the information for leverage.

9. **Did you see the video?**  No

10. **Do you know what the video depicts or if you heard what the video depicted?**
    Allegedly, Katie said missing you and was suggestively dressed – scantily clad, topless.

11. **Who has the video?**
    Students say they have a video.  Students told him people are sharing it, they were pretty animated of what was on the video.  Students told him they could get it if he wanted to see it.  I said not my business; if it is a rumor, I choose to ignore it.
    If you choose to get involved with rumors, it can hurt other people.  It doesn't affect me, I don't want to get involved.  False rumors can make people lose their job.

12. **When you became aware, did you tell anyone?**
    I told Nancy a video may exist.  I told her last week.
    Before she asked off the record any rumors of kids with videos? I said yes, heard rumors, error on side there is one, pretty strong.  She said ok.

13. **When did you tell anyone about rumors and video?  When students stated there was a video, did you go to Mr. Williams, Nancy Markey, Superintendent?**
    No, I told Nancy when she came to me about Francis and the lawyer.

Keith Francis was stressed around Christmas.  He asked me to help him.  I said why would I stoop to that level to help you.  Do your own homework to track down the video.  I haven't talked to Francis since summer.  Keith must have thrown my name out there to help him.  I wouldn't share that with him because that is my leverage, ace in the hole.

14. **Did you share information regarding where the video may be?**

    I heard rumors -never heard again.

I like Nancy, she has been nice to me, straight forward.  She knew, never followed up with me until last week when she sent me an email.  She came to my shop and we took a walk.  I told her I would not talk with the lawyers.

15. **Did you state to Nancy that you had a video and wanted it for leverage?**
    If I was having access to the video, I would use it for my own leverage.  I believe it could be tracked down. I think one exists.  I think I could get access to it if needed.  Rumors were becoming strong, but hey it was not my concern at the time.

16. **Did you report the video to anyone.**
       Kids making rumors; did not tell anyone at the time.  Did not believe until after the fact.  Then Wow, the kids weren't lying. They were telling the truth.
    When I was approached by Nancy, I told her there was a probability of a video.  I figured there would be an investigation because it was a high-profile case.

    **Mr. Williams stated we interviewed many students and faculty regarding the rumors.  Did you report it to anyone?**
       People talked about it well before Katie left.  Things were not going well at home, her husband left, she is friendly with the male athletes.  Students talking; they would say, do you believe that Mr. Lopes?  I would say not for me to talk to you about that and it is harmful to spread rumors.  It wasn't a secret what they were saying.  Other faculty were saying they heard about it long before the accident.  You know the rumor mill.
    I know when it happened to me and I was in trouble, random people would come up to me and say, hey I heard this happened to you.

17. **When did you hear the rumors?**
       January 2023 – heard rumors 6 months before – September.
    Rumors – kids suggesting a student and faculty were dating.  Afterschool parties organized that kids went to; provided liquor, vape…..

18. **Who is sharing this information with you; you are providing a lot of details.**
       I heard superficial rumors at first.  Kids see what's happening.  I shut down the gossip in class but in the hallway, wide open conversation with students and faculty.

19. **Faculty names?**
       3 or 4 of them; Francis is one, maybe a couple of Academic teachers – not shop side. Heard in café or teacher's lounge – rumors. Just overhear general rumors.

20. **Anyone discuss/report to Administration**

    Just aware of it; actually reported, I cannot say 100%

21. **You are being truthful**   -  Yes

22. **Do you have the video**  -  No

23. **Nancy said, you told her you had a video and had it for leverage in case you were fired in the future….**
    A little of both… I was bought on the carpet because of rumors and this would be my ace in the hole.  I would go to bat for me but no one else.
    Not my business to report; I would be in Nancy's office all the time to report rumors.

24. **Are you a mandated reporter?**
       Yes

25. **Shouldn't you have reported you had access to video?**
    I would not report a rumor.  After the accident at Christmas was when I thought it may be real.

26. **Have you heard of any inappropriate situations now?**
    Ya, but would be at Nancy's office all the time.  Heard rumors about ▮▮▮▮ and ▮▮▮▮▮▮▮▮.

27. **You said the students have a video?**
    More than hearsay, the students say you don't believe us, we will show you.
    I see kids talk far fetch all the time.

28. **Do you have the video on your phone?**  -  No

29.  **Who has the video?**   Supposedly former students.

30. **Who and when did you become aware of it?**
       When she was in the building.  Supposedly there was a video, his sister knew they were getting together.

31. **Who told you Katie was topless in the video?**
       You know a group of kids, like if 20 were sitting around this table, one of the girls said she was topless.  They were having a full-blown conversation outside the classroom.

    You know how kids fabricate a story – did not give credence to it.  I gave it thought though after the accident.

**Wareley:  With that level of detail you must know exactly who said it?**  No I don't

**Warley Williams:**

**You are going to be put on paid administrative leave so we can do an investigation. We need better understanding regarding this. This is a large claim, you stating you had a video to Nancy and stating you did not report it at the time of hearing about the video.**

**You may speak with your Union Rep, Kellie. Then you will need to turn in your ID, Keys, and laptop. Derek Medeiros, Vice Principal, will walk you down to shop to retrieve your personal belongings.**

Stephen asked if we would need to speak with him again. Warley stated yes, that will be part of the investigation.