# EXHIBIT A

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Jennifer Cullen, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-10815 |
| Greater New Bedford Regional Vocational Technical School District, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Stephen Lopes
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ New Bedford, MA 02740

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Morgan, Brown & Joy, LLP, 28 State Street, 16th Floor Boston, MA 02109 | Date and Time: 12/01/2025 10:00 am |
|---|---|

The deposition will be recorded by this method: stenographic methods by a court reporter.

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: 1. Any memos, emails, text messages, pictures, videos, notes or other documents concerning, regarding, or referencing Jacob Pothier.
2. Any memos, emails, text messages, pictures, videos, notes or other documents concerning, regarding, or referencing Kathleen Martins.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/13/2025

_____   OR   *Robert Papandrea*
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*
CLERK OF COURT

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants Greater New Bedford Regional Vocational Technical High School, et al., who issues or requests this subpoena, are:

Robert Papandrea, Morgan, Brown & Joy, LLP, 28 State Street, Boston, MA 02109; rpapandrea@morganbrown.com; 617-523-6666

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88  (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1-25-cv-10815

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Stephen Lopes
on *(date)* 11/13/2025 .

☑ I served the subpoena by delivering a copy to the named person as follows: By leaving said subpoena at the last and usual place of abode of Stephen Lopes located at ▮▮▮▮▮▮▮▮▮▮, New Bedford, MA
on *(date)* 11/14/2025 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/14/2025

*Server's signature*

James J. Murray   Process Server
*Printed name and title*
25 Walnut Street, Suite 205
Wellesley Hills, MA 02481

*Server's address*

Additional information regarding attempted service, etc.:
  I also attempted service of this subpoena on Stephen Lopes at this same address on 11/13/25. On this attempt I could hear a male voice speaking on what sounded like a phone conversation. I rang the buzzer for the apartment several times and asked the resident of the upstairs apartment to knock on the interior door of this unit but no one would answer the door or the buzzer.